**Electronically Filed
Supreme Court
SCWC-29131
14-MAY-2012
09:25 AM**

NO. SCWC-29131

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

PATRICK K. K. HO, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29131; CR. NO. 05-1-0282(3))

ORDER OF CORRECTION
(By:  Recktenwald, C.J., Acoba,
Duffy and McKenna, J.J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed on May 9, 2012, is corrected as follows:

1.   Page 7, footnote 5, line 1:  change "2000" to "2001"

2.   Page 8, footnote 6, line 1:  change "2000" to "2001"

3.   Page 12, footnote 7, line 1:  change "2000" to "2001"

4.   Page 16, line 6: insert "Carvalho" before "court"

5.   Page 20, lines 1 and 3:  change "the court" to "that court"

6.  Page 20, footnote 9, line 1:  delete the "s" in "circumstances"

7.  Page 21, line 5:  insert "Respectfully," before the sentence "It would . . ."

8.  Page 22, block quote, line 6:  insert "An" before "Alternate"

9.  Page 22, block quote, line 7:  change "should" to "shall"

10.  Page 24, last paragraph, line 3:  change "the court" to "that court"

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.  An amended opinion will be filed in conjunction with this Order of Correction.

DATED:  Honolulu, Hawaiʻi, May 14, 2012.

/s/ Mark E. Recktenwald

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

